IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BOBBY J. STEWART                                                                     PLAINTIFF


VS.                                      No. 4:10CV01531JLH-JTK

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration                                                                      DEFENDANT



## ORDER

On October 21, 2010, the Court issued an Order granting Plaintiff's application to

proceed in forma pauperis (Doc. No. 3).  The Clerk of the Court is directed to issue summons

as to the Social Security Administration, U.S. Attorney, and U.S. Attorney General.

IT IS SO ORDERED this 27th day of December, 2010.


_____
UNITED STATES MAGISTRATE JUDGE