IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BOBBY J. STEWART                                                                                    PLAINTIFF

v.                                          NO. 4:10CV01531 HDY

MICHAEL J. ASTRUE, Commissioner                                                     DEFENDANT
of the Social Security Administration

### ORDER

On February 3, 2012, plaintiff Bobby J. Stewart ("Stewart") filed the pending motion for attorney's fees pursuant to the Equal Access to Justice Act. See Document 22. In the motion, he requested fees totaling $5,848.00. The Commissioner of the Social Security Administration filed a response to the motion in which he represented that he has no objection to the amount of fees requested by Stewart.

The Court has reviewed Stewart's motion and finds nothing unreasonable about the hours of work performed by his attorney, Laura J. McKinnon ("McKinnon"), nor the hourly rate she requests. The motion is granted, and attorney's fees of $5,848.00 are awarded to Stewart. Because the award belongs to Stewart, and not his attorney, see Astrue v. Ratliff, — U.S. —, 130 S.Ct. 2521, 177 L.E.2d 91 (2010), the Department of

Treasury shall issue payment of this award by check made payable to Stewart, in care of McKinnon, and shall mail the check to McKinnon at her Fayetteville, Arkansas, address.

IT IS SO ORDERED this ___13___ day of February, 2012.

_____
UNITED STATES MAGISTRATE JUDGE